IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DANNY E. MARTINEZ, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-04-95 |
| | § | |
| HUMANA, INC., et al. | § | |
|     Defendants. | § | |

## FINAL JUDGMENT

The Court enters final judgment dismissing with prejudice Plaintiff Danny E. Martinez' Second Amended Complaint.

It is so ORDERED this 10th day of August, 2005.

_____
HAYDEN HEAD
CHIEF JUDGE